

**Entered on Docket**
**December 18, 2009**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

Electronically Filed on _____

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone:  702 258-8200
bk@wildelaw.com
Fax:  702 258-8787

and

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road. Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

America's Servicing Company
09-77455

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-S-09-29895-lbr |
| Jose Fabela and Susan Marie Fabela | Date:  11/23/2009<br>Time: 10:30 A.M. |
| | Chapter 7 |
| Debtors. | |

1

**ORDER VACATING AUTOMATIC STAY**

2

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the

3

above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to

4

Secured Creditor America's Servicing Company, its assignees and/or successors in interest, of the

5

subject property, generally described as 1404 Lodgepole Dr, Henderson, NV 89014, and legally

6

described as follows:

7

Parcel I:

8

9   Lot 37 in Blcok 1 of WHITNEY RANCH EAST UNIT 6, as shown by map thereof on file in
    Book 46, of Plats, Page 4 in the Office of the County Recorder of Clark County, Nevada.

10

Parcel II:

11

12   Those easements granted for the benefit of Grantee (in his capacity as an "Owner") in, and
     created by that certain Master Declaration of Covenants, Conditions and Restrictions and Grant

13   and Reservation of Easements for the Whitney Ranch (the "Declaration") dated December 8,
     1988, and recorded on December 14, 1988, as Document No. 00334 in Book 881214 of Official

14   Records in the Office of the County Recorder of Clark County, Nevada.

15   ///

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall

give Debtors at least five business days' notice of the time, place and date of sale.

DATED this 8th day of December 2009

Submitted by:

**WILDE & ASSOCIATES**

By: /s/Gregory L. Wilde, Esq
**Gregory L. Wilde, Esq.**
Attorney for Secured Creditor
208 South Jones Boulevard
Las Vegas, Nevada 89107

APPROVED / DISAPPROVED

By:_____
Shawn Christopher
2625 N. Green Valley Pkwy.
#110
Henderson, NV 89014
Attorney for Debtor(s)

Nevada Bar No:_____

APPROVED / DISAPPROVED

By:_____
Timothy S. Cory
8831 West Sahara Ave.
Las Vegas, NV  89117
Chapter 7 Trustee

ALTERNATIVE METHOD RE: LOCAL RULE 9021:

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):

_____ The court waived the requirements of LR 9021.

_____ No parties appeared or filed written objections, and there is no trustee appointed in the case.

__✓__ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

(List Parties)

Debtor's counsel:

_____ approved the form of this order          _____ disapproved the form of this order

_____ waived the right to review the order and/or   __✓__ failed to respond to the document

_____ appeared at the hearing, waived the right to review the order

_____ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

_____ approved the form of this order          _____ disapproved the form of this order

_____ waived the right to review the order and/or   __✓__ failed to respond to the document

Other Party:_____

_____ approved the form of this order          _____ disapproved the form of this order

_____ waived the right to review the order and/or   _____ failed to respond to the document

Breach Order:

_____ This is an Order Vacating the Stay after the Failure to cure a Declaration of Breach.  Copies of

this proposed order were transmitted to Debtor's counsel and appointed trustee to which

they have not replied

Submitted by:

/s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor